*Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61981.**—John N. Germack et al. *v.* United States, protests 120415–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (42 C. C. P. A. 78, C. A. D. 575), the claim of the plaintiffs was sustained.

**No. 61982.**—Vita Food Products, Inc., et al. *v.* United States, protests 131878–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained. ·

**No. 61983.**—Samuel Shapiro & Co., Inc. *v.* United States, protests 151954–K and 162481–K (Baltimore).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiff was sustained.

**No. 61984.**—Joseph Victori & Co., Inc. *v.* United States, protest 183704–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 22, 1958

**No. 61985.**—Traveler Trading Co. *v.* United States, protest 314668–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.